FILED
MAR 10 2020
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| MARLON CORTEZ ROSS<br>　　　Petitioner,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS<br>ST. JOSEPH'S HOSPITAL,<br>SALVATORE LANASA, MD.<br>　　　DEFENDANTS. | § § § § § § § § § § | Bivens<br><br>Civil Case No. 3:20cv43<br><br>Complaint for Damages   Groh<br>　　　　　　　　　　　　　Trumble<br>　　　　　　　　　　　　　Sims |

## MOTION FOR LEAVE TO SUBMIT

　　NOW COMES, the Petitioner, Marlon Cortez Ross, In Propria Persona, (Pro se) and respectfullt Prays this Honorable Court Grant to Petitioner Leave to submit the Complaint for Damages pursuant to Rule 65 of the Federal Rules of Civil Procedure, brought forth herewith and contemporaneous to the instant Motion. Petitioner appears as Pro se, and Prays liberal construction in a light most favorable to Petitioner. **Haines v. Kerner**, 404 U.S. 519,520(1972); **Erickson v. Pardus**, 551 U.S. 89,91 (2007).

　　Petitioner is not asking this Honorable Court for permission to amend at this time. Petitioner is asking to submit a complaint for Damages. Petitioner's Eight Amendment under the United States Constitution has been violated. Petitioner submits the instant Motion in good faith as a Pro se litigant, unlearned in the Law, unsure as to under which circumstances a litigant must seek Leave before the Honorable Court, and in all respectful deference to the Court. The formal cognizance of Petitioner's submitting his Complaint for Damages is of the greates importance, hence the caution shown through submitting the instant motion.

(1)

Prayer for Relief

WHEREFORE, Petitioner Prays the instant Motion is well-taken by this Honorable court, and that in consideration of Petitioner's Pro se status, the Court Grant Leave to Petitioner to submit the contemporaneously tendered Rule 65 of the Federal Rules of Civil Procedures.

IT IS SO PRAYED.

Respectfully submitted,

Date: February 25, 2020
       LEXINGTON, KENTUCKY

MARLON CORTEZ ROSS
REG. NO. 31115-057
FEDERAL MEDICAL CENTER
LEXINGTON
P.O. BOX 14500
LEXINGTON, KENTUCKY 40512

## CERTIFICATE OF SERVICE

The preceding motion was delivered in a properly addressed, Postage Prepaid envelope to the Prison Legal Mail authorities on the same day as signed. A copy of the motion was sent to the following:

- Clerk of Courts
United States District Court
Northern District of West Virginia
500 West Pike Street, Room 301
P.O. Box 2857
Clarksburg, WV 26302

- St. Joseph's Hospital
1 Amaila Drive
Buckhannon, West Virginia 26201

- Federal Bureau of Prisons
Beckley Consolidated Legal
Center 1600 Industrial
Park Road, P.O. Bx 1280
Beaver, West Virginia 25813

So Certifies and Declareth: These documents have been placed in the United States Postal Service Mailbox on:

*/s/ Marlon Cortez Ross*

## VERIFICATION

Under the penalty of Perjury as authorized by Title 28 U.S.C. § 1746 and pursuant to the Prison Legal Mail Department, I declare and affirm the submission through said department and under <u>Houstov v. Lack</u>, 487 US 266, 101 L.Ed. 2d 245, 108 S.Ct. 2379(1988). I further declare the factual allegations and factual statements contained in this document are true and correct to the best of my knowledge.

*/s/ Marlon Cortez Ross*
MARLON CORTEZ ROSS